AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SERGIO HERIBERTO LOPEZ-MONTES | CASE NUMBER: 08CR1235-JM |

I, SERGIO HERIBERTO LOPEZ-MONTES, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 5/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Y. Sergio Lopez
Defendant

Diane R.
Counsel for Defendant

Before _____
JUDICIAL OFFICER